IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAR 26 A 10: 51

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

145004
JAMES K PEMBERTON )
Full name and prison number )
of plaintiff(s) )
)
v. )
JIMMY ABBOT SHERIFF )
TALLAPOSA CO. )
NURSE DUBOIS )
DOCTOR SHUSTER )
)
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

CIVIL ACTION NO. 3:07cv260-WHA
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____
            _____

            Defendant(s) _____
            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____
            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  TALLAPOSA COUNTY JAIL 316 INDUSTRIAL PKY DR DADEVILLE AL 36853

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  SAME TALLAPOSA

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                              ADDRESS
1. JIMMY ABBOT                       SHERIFF
2. NURSE DUBOIS                      JAIL NURSE
3. DOCTOR SHUSTER                    JAIL DOCTOR
4. JAIL ADMINISTRATER BLAKE JENNINGS
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  FROM SEPT 15 TRU MARCH 12TH 2006 TRU 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I CAUGHT A STAPH INFECTION IN SEPT HERE AT THE JAIL NO HEALTH CARE

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

I STILL HAVE SAME INFECTION WITCH IS CONTAGIOUS IT IS WORSE NOW THAN EVER BEFORE, LIKE I SAID IVE HAD THE INFECTION SINCE SEPTEMBER AND THEY HAVE NOT CHANGED THE TREATMENT

**GROUND TWO:** FAILURE TO MATAIN A LIVING ENVIROMENT FREE OF INFECTIOUS DISEASES

**SUPPORTING FACTS:** THE JAIL WITCH IS BOUND BY LAW TO CLEAN AND PAINT AND DISENFECT THE LIVING QUATERS OF THE JAIL PURSUAN BY A S.D. ALA 1980 CITED IN NICHOLSON V CHOCTAW COUNTY 498 HAS FAILED TO DO ANY OF THIS

**GROUND THREE:** REFUSAL TO FUMIGATE OR DISENFECT AFTER A PERSON WITH CONTAGIOS DISEASE MOVES

**SUPPORTING FACTS:** THERE ARE SCORES OF PEOPLE WITH THE STAPH IFECTION IN MOST EVERY CELL IN THE JAIL ALL CLOTHES AND TOWELS ARE WASHED TOGETHER WITH INFECTED CLOTHING AND TOWELS, AND KITCHEN UTENSILS

3

3-22-07

I HAVE FILED 2 GREVIANCE FORMS WITH NO RELIEF OR WITHOUT AN ANSWER TO EITHER GREVIANCE.

I HAVE WRITTEN NUMEROUS REQUEST FORMS, WITH NO ANSWER TO ANY OF THEM

ONLY ONCE HAS THE DOCTOR PHYSICALY LOOKED AT ANY OF THE SORES

THEY HAVE NEVER GIVEN ME BANDAGES TO COVER THE OPEN SORES WITCH DRAIN MOST OF THE TIME

THERE ARE NUMEROUS INMATES IN THIS FACILITY WHO HAVE THE SAME INFECTION

IT'S AS THEY DON'T CARE AT ALL HOW MANY PEOPLE CONTRACT THE INFECTION

THE NURSE AND DOCTOR WILL WRITE IT UP AS ANYTHING BUT MRSA STAPH, BUT THEY ARE STILL GIVING THE ANTIBIOTIC FOR IT.

IT SEEMS TO ME THAT THEY ARE TRYING TO COVER IT UP

3-22-07    James K. Pemberton

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WANT THE PROPER TREATMENT FOR MYSELF AND ANY AND ALL INMATES I WOLD LIKE THE DOCTOR & NURSE DISMISSED

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3-22-07
        (Date)

_____
Signature of plaintiff(s)

4

James Pemberto
311 Industrial Pky Dr
Dawsville AL, 36853

MONTGOMERY AL 361
23 MAR 2007 PM 4

36101/3593

Office of the Clerk
United State District Court
Montgomery AL, 36101