**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Blake Jennings, Jail Administrator
Tallapoosa County Jail
316 Industrial Park Drive
Dadeville, AL 36853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Elizabeth Griffith*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Elizabeth Griffith

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3:07CV260
c/po    5/7/07

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0005 4873 9761

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Shuster
Tallapoosa County Jail
316 Industrial Park Drive
Dadeville, AL 36853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Elizabeth Griffith   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Elizabeth Griffith   3-29-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3:07CV260       5/7/07
C + PO

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0005 4873 9754

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540