**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jimmy Abbott, Sheriff
   Tallapoosa County
   316 Industrial Park Drive
   Dadeville, AL 36853

2. Article Number (Transfer from service label): 7006 2760 0005 4873 9730

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Krystal Voss_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Krystal Voss

C. Date of Delivery: 3-29-07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:
   3:07CV260
   c+o of proc.   5/7/07

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540