IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JAMES K. PEMBERTON, #145 004      *

    Plaintiff,                                      *

        v.                                              *          3:07-CV-260-WHA

JIMMY ABBOTT, SHERIFF, *et al*.,      *

    Defendants.                                  *

_____

**ORDER ON MOTION**

Upon consideration of Defendants Abbott, Dubois, and Jennings' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 7) is GRANTED; and

2. Defendants are GRANTED an extension from May 7, 2007 to June 18, 2007 to file their answer and written report.

DONE, this 3rd day of May 2007.

                            /s/ Susan Russ Walker
                        SUSAN RUSS WALKER
                        UNITED STATES MAGISTRATE JUDGE