**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES K. PEMBERTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  3:07-CV-00260-WHA-SRW** |
| | ) | |
| **JIMMY ABBETT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**DEFENDANTS' MOTION TO DISMISS**</u>

COME NOW Sheriff Jimmy Abbott, Jail Administrator Blake Jennings and Nurse Cathy DuBose, the Defendants in the above-styled cause, and move this Court for an Order dismissing Plaintiff's Complaint due to Plaintiff's failure to comply with a Court order and failure to properly prosecute the case.  As grounds for said motion, the Defendants state as follows:

1.     The Plaintiff's Complaint was filed on March 26, 2007.  Subsequently, on March 28, 2007, this Court entered an Order to the parties to file a Special Report concerning the Plaintiff's claims.  In said Order, the Plaintiff was specifically informed that it was his responsibility to notify both the Court and Defendants of his new address should he be moved to a different institution or released.  <u>See</u> attached Exhibit A, p. 5 ¶ 6(h).

2.     On May 2, 2007, counsel for Defendants attempted to serve Plaintiff with their motion for extension of time at the address provided to undersigned counsel by the Plaintiff in his Complaint.  That service copy was returned to the undersigned with the notation on the envelope "Return to Sender No Longer Here."  <u>See</u> attached Exhibit B.

Thereafter, the undersigned counsel checked the District Court Clerk's Docket Sheet on Pacer regarding the last known address for the Plaintiff and found the same address at which

undersigned counsel attempted to serve the Plaintiff with a copy of Defendants' Motion for Extension of Time.

3.      Therefore, the Plaintiff has provided neither the Court nor undersigned counsel with his current address and failed to comply with this Court's order.

WHEREFORE, THE PREMISES CONSIDERED, Defendants request that this Court dismiss this action, with prejudice, due to the Plaintiff's failure to comply with the Court's order regarding a change of his address and due to the Plaintiff's failure to properly prosecute this action.

Respectfully submitted this 22nd day of May, 2007.

**s/Ashley Hawkins Freeman**
ASHLEY HAWKINS FREEMAN Bar No.  FRE044
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  afreeman@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the **22nd** day of **May, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

James K. Pemberton
145004
Tallapoosa County Jail
316 Industrial Park Drive
Dadeville, AL  36853

**s/Ashley Hawkins Freeman**
OF COUNSEL

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES K. PEMBERTON, #145 004 | * | |
| Plaintiff, | * | |
| v. | * | 3:07-CV-260-WHA |
| JIMMY ABBOTT, SHERIFF, *et al.*, | * | |
| Defendants. | * | |

## ORDER

A 42 U.S.C. § 1983 action has been filed by an inmate alleging a violation of civil rights during his confinement in the Tallapoosa County Jail. The Magistrate Judge has reviewed the complaint and determined that this pleading cannot be properly and effectively processed by the court without further additional information from the defendants. Accordingly, it is hereby

ORDERED that:

1. The defendants named in the complaint undertake a review of the subject matter of the complaint (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken by prison officials to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints, whether pending in this court or elsewhere, should be considered together.

2. A **written report** shall be filed with the court and a copy served upon the plaintiff on or before **May 7, 2007.   The written report must contain the sworn statements of all persons having personal knowledge of the subject matter of the complaint.** *In cases involving medical treatment claims, the defendant(s) shall provide an affidavit from a named defendant or other health care professional which (i) contains a detailed explanation of the treatment provided to the plaintiff, and (ii) interprets the information contained in the medical records relevant to the claims presented in the complaint.* All defenses including immunity defenses must be set forth in the written report or such defenses may be waived. Authorization is hereby granted to interview all witnesses, including the plaintiff. Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where the plaintiff's claim or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.

3. The defendants shall identify the plaintiff's status during his incarceration in the county jail, i.e. whether he was a pre-trial detainee or convicted prisoner, at the time of the actions which form the basis for the instant complaint.

4. An answer be filed on or before **May 7, 2007**.

5. No motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the amended complaint be filed by any party without permission of the

2

court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

   6. NOTICE TO PLAINTIFF.

       (a) The *Federal Rules of Civil Procedure* require that the plaintiff mail to the lawyer for the defendants or, if no attorney has appeared on behalf of the defendants, the defendants themselves a true copy of **anything** which he sends to the court. Failure to do so may result in dismissal of this case or other penalties.  Anything filed should contain a certificate of service which specifically states that the pleading has been sent to the lawyer for the defendants.  If the pleading does not contain a certificate of service, it will not be accepted for filing.

       (b) With the exception of the complaint and any response ordered by the court, "[n]o other pleading shall be allowed" in this cause of action.  Rule 7(a), *Federal Rules of Civil Procedure*.

       (c) Each pleading, motion or other application submitted to the court shall contain "a caption setting forth the name of the court, title of the action, the file number, and a designation[,]" Rule10(a), *Federal Rules of Civil Procedure*, and must be signed by the plaintiff.  Rule 11(a), *Federal Rules of Civil Procedure*.

       (d) Every application which requests an order or particular action by the court "shall be [presented] by motion which, unless made during a hearing or trial, shall be made

3

in writing." Rule 7(b)(1), *Federal Rules of Civil Procedure.* The application "shall set forth with particularity the grounds" for the motion and "the relief or order sought." *Id.* Additionally, the request or application for relief must contain a proper caption setting forth a title designation which specifically states the action that the applicant or movant wants the court to undertake. Rules 7(b)(2) and 10(a), *Federal Rules of Civil Procedure.* Any application or request which fails to comply with the directives of the civil rules as outlined in this order will not be accepted by the court for filing.

**The plaintiff is hereby advised that the court will consider only those requests presented in an appropriate motion which is in the proper form. Consequently, any application for relief or request for action *must be contained in the title of the motion* to warrant consideration by the court.**

(e)    All amendments to a complaint must be labeled with the words "amendment to complaint" or similar language. Except as permitted by Rule 15(a), *Federal Rules of Civil Procedure*, no amendment to a complaint will be accepted by the court for filing **unless accompanied by a motion for leave to amend.**

(f) **All amendments to the complaint and/or motions to amend must be filed within ninety (90) days of the date of this order and the allegations contained therein must relate to the facts made the basis of the instant complaint.** Proposed amendments or motions to amend filed after this date will be considered untimely. Any such

amendments or motions which contain claims unrelated to the claims presented in the original complaint will not be considered by the court.

(g)  Plaintiff is informed that this case will proceed as quickly as possible and that he will be informed of all action the court takes.

(h) If the plaintiff moves to a different institution or is released, he must immediately inform the court and the defendants of his new address. Failure to comply with this requirement will result in the dismissal of this case. In so doing, Plaintiff shall style this notification as a "Notice of Change of Address" and provide a copy of this notice to Defendants. Failure to comply with this requirement will result in a Recommendation that this case be dismissed;

(i)  It is the responsibility of the plaintiff to furnish the clerk's office with accurate addresses for the defendant(s) whom plaintiff wishes to serve. Without accurate addresses, service of process is impossible. It is also the responsibility of the plaintiff to monitor this case to make sure that the persons whom plaintiff wishes to sue have been served. If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances.

The plaintiff is specifically **CAUTIONED** that his failure to file motions, pleadings or other papers in conformity with the *Federal Rules of Civil Procedure* and/or the directives contained in this order will result in such documents not being accepted for filing. The

5

CLERK is DIRECTED to not accept for filing any pleadings, motions or other applications submitted by the plaintiff which are not in compliance with either the *Federal Rules of Civil Procedure* or the directives contained in this order.

The CLERK is hereby DIRECTED to furnish a copy of this order to Plaintiff and a copy of this order together with a copy of the complaint and any and all attachments to Defendants.

Done, this 28th day of March 2007.


_____ /s/ Susan Russ Walker _____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

# Exhibit B

Webb & Eley, P.C.
7475 Halcyon Pointe Drive
P.O. Box 240909
Montgomery, AL 36124

RETURN TO SENDER

UNAUTHORIZED

☐ INMATE TO INMATE
☐ PACKAGE
☐ NO ID#
☐ Not Here

TALLAPOOSA COUNTY JAIL

ATTEMPTED
NOT KNOWN

James K. Pemberton
145004
Tallapoosa County Jail
316 Industrial Park Drive
Dadeville, AL 36853



UNITED STATES POSTAGE
PITNEY BOWES
$ 00.390
02 1P     $ 00.390
0002423035   MAY 02 2007
MAILED FROM ZIP CODE 36117