IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JAMES K. PEMBERTON, #145 004       *

    Plaintiff,                    *

        v.                          *          3:07-CV-260-WHA

JIMMY ABBOTT, SHERIFF, *et al.*,    *

    Defendants.                   *

_____

**ORDER**

Plaintiff filed this 42 U.S.C. § 1983 action on Mach 26, 2007. At the time he filed this complaint, Plaintiff was incarcerated at the Tallapoosa County Jail located in Dadeville, Alabama. On May 22, 2007 the envelope containing Plaintiff's copy of an order filed May 3, 2007 was returned to the court marked "Return to Sender; Attempted, Not Known, Not Here," because Plaintiff was no longer at the address he had provided to the court.

All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions. The court provided Plaintiff notice of this requirement in the order of procedure entered March 28, 2007. (*See* Doc. No. 4.) Upon review of the pleadings filed in the instant matter, it is clear that the court file does not contain an alternate address for Plaintiff and that he has not provided this court with a current address since the inception of filing the instant complaint. Accordingly, the court concludes that Plaintiff shall

be granted an opportunity to show cause why his complaint should not be dismissed for his failure to keep the court informed of his current address.

Accordingly, it is ORDERED that:

1. On or before May 31, 2007 Plaintiff shall SHOW CAUSE why his complaint should not be dismissed for his failure to provide the court with his current address. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that his complaint be dismissed without prejudice;

2. The directive that Defendants file an answer and written report to Plaintiff's complaint be held in ABEYANCE pending Plaintiff's response to the instant order; and

3. The Clerk of Court SEND copy of this order to Defendants and to Plaintiff at his last known address.

DONE, this 22nd day of May 2007.

          /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE