IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| JAMES K. PEMBERTON, #145 004 | * | |
| Plaintiff, | * | |
| v. | * | 3:07-CV-260-WHA |
| JIMMY ABBOTT, SHERIFF, *et al*., | * | |
| Defendants. | * | |

_____

**ORDER**

On May 22, 2007 counsel for Defendants erroneously filed a motion to dismiss (Doc. No 9.)  This motion is not properly before the court as Defendants submitted it without permission of the court. (*See* Doc. No. 4, pgs. 2-3, ¶ 5 - **"no motion for summary judgment, motion to dismiss or any other dispositive motions . . . be filed by any party without permission of the court."**).  The aforementioned order further directed that "[i]f any pleading denominated as a . . . dispositive motion is sent to the court  [without the requisite permission having been granted], the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court." *Id*. at 3.  Accordingly, it is

ORDERED that the motion to dismiss (Doc. No. 9) electronically filed by Defendants on May 22, 2007  be stricken from the file for non-compliance with the order of March 28, 2007.

DONE, this 22nd day of May 2007.

                                  /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE