IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES K. PEMBERTON, #145004, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv260-WHA |
| | ) |
| JIMMY ABBOTT, SHERIFF, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on June 6, 207, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice for plaintiff's failures to comply with the orders of the court and to prosecute this action.

Done this 28th day of June, 2007.


/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE